Melvin Herman, Respondent, *v.* Albert K. Gutman et. al., Individually and as Directors and Officers of Stern & Gutman, Inc., et al., Appellants.

(Submitted September 30, 1935; decided October 8, 1935.)

*Jonas J. Shapiro* for motion.

*Edward J. Gould* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.